IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHAWNNA MARIE CUNNINGHAM,<br><br>Defendant. | Criminal No. 4:24-cr-140<br><br>MOTION TO CONTINUE SENTENCING DATE<br><br>**[UNOPPOSED]** |

The United States of America moves the Court to continue the sentencing date presently set in this case, and in supports thereof states:

1. On February 10, 2025, Defendant pled guilty to two counts of the Indictment. (Dkt. No. 33, 32.) At that time, the Court entered an Order setting the sentencing date for June 12, 2025. (Dkt. No. 33, 36.)

2. The undersigned and the case agent both have immovable conflicts the week of June 9, 2025, and thus, will be out of the office and unavailable for sentencing on June 12, 2025. Accordingly, the government requests the sentencing hearing be continued.

3. Pursuant to the Local Rule, the government consulted with Defendant's counsel regarding this request. Counsel, Mr. Herrold, advised he has no objection to a continuance of the sentencing date. After conferring, Mr. Herrold, the undersigned, and the case agent are available for sentencing any date/time the week of June 23, 2025.

WHEREFORE, the United States respectfully requests the Court continue the sentencing hearing presently set for June 12 to a date convenient with the Court's schedule in the week of June 23, 2025.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/ Kristin M. Herrera*
Kristin M. Herrera
Assistant United States Attorney
210 Walnut Street, Suite 455
Des Moines, IA 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Kristin.Herrera@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:
____U.S. Mail ____ Fax ____Hand Delivery
__X__ECF/Electronic filing   ____Other means

ASSISTANT UNITED STATES ATTORNEY
By: */s/ Kristin M. Herrera*